Andrew Leibnitz (State Bar No. 184723)
June T. Tai (State Bar No. 226997)
Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for Defendant
WAH YAT IMPORT & EXPORT, INC.

Otto O. Lee (State Bar No. # 173987)
Marie Grace Capuyan (State Bar No. 226862)
Shinae Kim Helms (State Bar No. 242484)
Intellectual Property Law Group LLP
12 South First Street, Twelfth Floor
San Jose, CA 95113
Telephone: (408) 286-8933
Facsimile: (408) 286-8932

Attorneys for Plaintiff
WING LE IMPORT & EXPORT, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WING LE IMPORT & EXPORT, INC., <br><br> Plaintiff, <br><br> vs. <br><br> WAH YAT IMPORT & EXPORT, INC., <br><br> Defendants. <br><br> AND RELATED COUNTERCLAIMS. | Case No. C-06-03882 WHA <br><br> [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE |

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

[Proposed] Order For Dismissal
With Prejudice (Case No. C-06-03882 WHA)

21200\1137878.1

1  Having considered the Stipulated Motion for Dismissal with Prejudice of all claims
2  asserted by plaintiff and counter-defendant Wing Le Import & Export Inc. and defendant and
3  counter-claimant Wah Yat Import & Export, Inc. in this case and, the Court being of the opinion
4  that said motion should be GRANTED, it is hereby
5  ORDERED, ADJUDGED AND DECREED that all claims or causes of action asserted in
6  this suit between plaintiff Wing Le Import & Export, Inc. and defendant Wah Yat Import &
7  Export, Inc. are hereby dismissed with prejudice to the right of the parties to assert in the future
8  any such claims.
9  It is further ORDERED that, except to the extent otherwise agreed upon between
10 defendants, all attorneys' fees and costs are to be borne by the party that incurred them.
11 SIGNED this 22nd day of December 2006.

_____
Hon. William H. Alsup

*IT IS SO ORDERED*
*Judge William Alsup*
*UNITED STATES DISTRICT COURT*
*NORTHERN DISTRICT OF CALIFORNIA*

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

[Proposed] Order For Dismissal
With Prejudice (Case No. C-06-03882 WHA) - 2 -    21200\1137878.1